1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Offerpad Incorporated, et al.,

              Plaintiffs,

v.

Alfredo Saenz, et al.,

              Defendants.

**NO. CV-20-00668-PHX-DWL**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 1, 2021, judgment is hereby entered and this case is dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

December 1, 2021

By     s/ S. Strong
        Deputy Clerk